IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID HAROLD McCALLISTER | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 3:10-CV-1309-D |
| LUPE VALDEZ | § § § | |
| Defendant. | § § | |

## **ORDER**

The United States Magistrate Judge made findings and a recommendation in this case. Plaintiff filed objections, and the court has made *de novo* review. The objections are overruled, and the court adopts the findings and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 23, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE